No. 76. BENN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Eugene Gressman* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Thomas L. Stapleton* for respondent.

No. 81. TOMASZCK ET AL. v. UNITED STATES;

No. 84. LaJOY v. UNITED STATES; and

No. 114. SCHANG v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Frank G. Whalen* for petitioners in No. 81. *Maurice J. Walsh* for petitioner in No. 84. *Eugene T. Devitt* for petitioner in No. 114. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States in all three cases. Reported below: 373 F. 2d 307.

No. 83. CROWE v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *John Merwin Bader* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 94. AIKEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *George W. Shadoan* and *Frederick T. Stant, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 96. JERSEY STATE BANK v. ROYAL INDEMNITY Co. ET AL. Ct. Cl. Certiorari denied. *Louis S. Papa* for petitioner. *William F. Kelly* and *Richard H. Nicolaides* for respondent Royal Indemnity Co.

No. 103. RAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *James D. Sparks* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and